UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); DUPONT DE NEMOURS, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; GLOBE MANUFACTURING COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.; and LION GROUP, INC.,<br><br>Defendants. | CV 25-36-M-KLD<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Upon consideration of the Joint Motion to Extend Time for Defendants to Respond to Complaint (ECF No. ___) and with good cause appearing, it is HEREBY ORDERED that the Motion is GRANTED.  It is FURTHER ORDERED that Defendants' deadline to respond to Plaintiff's Complaint is EXTENDED to July 1, 2025.

                                                 _____
                                                 Hon. Kathleen L. DeSoto
                                                 Magistrate Judge