Michael A. Bliven
BLIVEN LAW FIRM, PC
704 S. Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Email:   mike@blivenlawfirm.com

John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone:  (406) 839-9091
Email:   john@lawmontana.com

Steve W. Berman (*pro hac vice*)
Craig R. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email:   steve@hbsslaw.com
             craigs@hbsslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); DUPONT DE NEMOURS, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; GLOBE MANUFACTURING COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.; and LION GROUP, INC.,<br><br>Defendant(s). | Case No. 2:25-cv-00036-BMM |

**PLAINTIFF'S RESPONSE TO LION GROUP, INC.'S PURPORTED JOINDER TO DEFENDANT GLOBE MANUFACTURING COMPANY LLC'S MOTION TO DISMISS**

On November 14, 2025, Defendant Lion Group, Inc. ("Lion") filed a pleading by which it purported to join in Defendant Globe Manufacturing Company's motion to dismiss. Dkt. No. 127. On September 29, 2025, this Court ordered that "Defendants shall file an answer or a Rule 12 motion in this action by October 15, 2025." Dkt. No. 87. Lion did not file an answer or a Rule 12 motion by that deadline, and it still has filed neither pleading. Lion cannot overcome its failure by attempting to join in Globe's motion to dismiss one month after the October 15 deadline.

Plaintiff will soon file a request for a default judgment against Lion.

DATED: November 20, 2025                Respectfully submitted,

By: /s/ *John Heenan*
        John Heenan
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone:  (406) 839-9091
Email:  john@lawmontana.com

By: /s/ *Michael A. Bliven*
        Michael A. Bliven
BLIVEN LAW FIRM, PC
704 S. Main
Kalispell, MT 59901
Telephone: (406) 755-6828
Email:  mike@blivenlawfirm.com

By: /s/ *Steve W. Berman*
      Steve W. Berman (*pro hac vice*)
By: /s/ *Craig R. Spiegel*
      Craig R. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com
      craigs@hbsslaw.com


By: /s/ *Ian W. Sloss*
      Ian W. Sloss (*pro hac vice*)
Jennifer Sclar (*pro hac vice* forthcoming)
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Email:  jsclar@sgtlaw.com
      isloss@sgtlaw.com


By: /s/ *Kyle J. McGee*
Kyle J. McGee (*pro hac vice* forthcoming)
GRANT & EISENHOFFER P.A.
123 S. Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Email:  kmcgee@gelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d), I certify that the above brief is printed with proportionately spaced Times New Roman text typeface of 14 points; is double-spaced, and the word count, calculated by Microsoft Office Word, is 111 words, excluding the caption, certificate of compliance, table of contents and authorities, and certificate of service.

/s/ John Heenan
John Heenan

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Montana using the CM/ECF system, causing it to be electronically served on all attorneys of record.

/s/ John Heenan
John Heenan