# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); DUPONT DE NEMOURS, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; GLOBE MANUFACTURING COMPANY, LLC; W.L. GORE & ASSOCIATES, INC.; and LION GROUP, INC.,<br><br>　　　　　　Defendants. | Case No. 2:25-CV-00036-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR VIDEOCONFERENCING LINK** |

Defendant W.L. Gore & Associates, Inc. ("Gore") has requested the Court to direct the Clerk of Court to provide a videoconferencing link for the upcoming Motion Hearing on December 8, 2025 at 9:30 A.M. so as to allow remote viewing of the hearing by co-counsel. The request is unopposed.

Accordingly, upon review of the motion and with good cause being shown, **IT IS HEREBY ORDERED THAT** the Court direct the Clerk of Court to

provide a videoconferencing link for the upcoming Motion Hearing. The Clerk of Court will disseminate the link to all counsel.

Dated this 4th day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts