James Stengel (*pro hac vice*)
Paige Pavone (*pro hac vice*)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Phone (212) 506-5000
Fax (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Lowell J. Chandler
Hillary Dang (*pro hac vice*)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Phone (202) 339-8400
Fax (202) 339-8500

Nicholas J. Lofing
Emma L. Mediak
GARLINGTON, LOHN &
ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
njlofing@garlington.com
elmediak@garlington.com

*Attorneys for Globe Manufacturing Company, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW,<br><br> *Plaintiff*,<br><br>v.<br><br>3M COMPANY, et al.,<br><br> *Defendants*. | CV 25-36-BU-BMM<br><br>**GLOBE MANUFACTURING COMPANY, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1

Defendant Globe Manufacturing Company, LLC ("Globe"), through counsel of record, submits this Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). Plaintiffs' First Amended Complaint adds six out-of-state Plaintiffs—including Connecticut Plaintiffs—three out-of-state Defendants, several non-Montana state law claims, and proposes subclasses under the laws of 35 states. Yet it remains devoid of factual allegations specific to Globe and Globe's conduct in Montana. Globe seeks dismissal on the following grounds: (1) as an initial matter, Connecticut Plaintiffs' claims should be dismissed and the entire case transferred to the District of Connecticut under the first-to-file rule; (2) Plaintiffs lack Article III standing and their claims fall outside this Court's personal jurisdiction; (3) the claims of Plaintiffs that do not allege purchasing Globe turnout gear fail for lack of standing, lack of personal jurisdiction, and failure to state a claim; (4) Connecticut, Maryland, Missouri, and California state law claims independently fail as a matter of law and most are also time-barred; and (5) Plaintiffs' RICO and conspiracy claims fail to satisfy Rule 9(b)'s particularity requirements. Additional grounds for this Motion are set forth in Globe's Brief in Support, filed concurrently herewith.

This 10th day of April, 2026     Respectfully,

/s/  Emma L. Mediak

James L. Stengel*

Paige Pavone*
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jstengel@orrick.com
ppavone@orrick.com

Hillary Dang*
Lowell J. Chandler
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
hdang@orrick.com
lchandler@orrick.com

Nicholas J. Lofing
Emma L. Mediak
GARLINGTON, LOHN &
ROBINSON, PLLP
350 Ryman Street, P.O. Box 7909
Missoula, MT 59807-7909
Telephone: (406) 523-2500
njlofing@garlington.com
elmediak@garlington.com

*Attorneys for Globe
Manufacturing Company, LLC*

*admitted pro hac vice*

3