**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | **No. CV-25-36-BU-BMM** <br><br><br> **ORDER** |

Before the Court is Defendants 3M Company ("3M")' Dupont De Nemours, Inc., The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc. ("Dupont"), Globe Manufacturing Company LLC ("Globe"), W.L. Gore & Associates, Inc. ("Gore"), and Lion Group Inc. ("Lion") (collectively "Existing Defendants") Motions to Dismiss Plaintiffs' First Amended Complaint. (Docs. 193, 198, 200, and 202.) Plaintiffs filed a Second Amended Complaint on May 5, 2026, to add new allegations. (Doc. 234.) Defendants' Motions to Dismiss the First Amended Complaint are now moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (an amended complaint supersedes an original complaint, rendering the original complaint without any legal effect); *Frazier v. City of Fresno*, 2023 WL 1786228, at *1 (E.D. Cal. Feb. 6, 2023) ("Once an amended complaint is

1

filed, the previous complaint becomes null and void, and generally any pending motion to dismiss that was directed at the previous pleading will be thus rendered moot.")

Accordingly, **IT IS ORDERED** that Defendants' Motion to Dismiss (Docs. 193, 198, 200, and 202.) are **DENIED AS MOOT**. Defendants may file renewed Motions to Dismiss Plaintiffs' Second Amended Complaint within 14 days of this order.

DATED this 13th day of May, 2026.

Brian Morris, Chief District Judge
United States District Court