**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF BUTTE-SILVER BOW, MONTANA; SANTA MONICA, CALIFORNIA; CITY OF STAMFORD, CONNECTICUT; OLD MYSTIC FIRE DISTRICT, CONNECTICUT; MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND; CHARLES COUNTY, MARYLAND; and CITY OF ST. LOUIS, MISSOURI, | Case No.  2:25-cv-00036-BMM<br><br>. |
| Plaintiffs, | |
| v. | |
| 3M COMPANY (F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); DUPONT DE NEMOURS, INC.; EIDP, INC. (F/K/A E. I. DUPONT DE NEMOURS AND COMPANY); THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; GLOBE MANUFACTURING COMPANY, LLC; FIRE-DEX LLP; MORNING PRIDE MANUFACTURING LLC, W.L. GORE & ASSOCIATES, INC.; and LION GROUP, INC., | **NOTICE OF WITDRAWAL**<br>**OF ATTORNEY** |
| Defendants. | |

Plaintiff City of Santa Monica respectfully notifies this Court of the withdrawal of **Erin Bernstein** as counsel in the above referenced matter. There is good cause for Ms. Bernstein to withdraw because she is leaving the employ of Bradley Bernstein Sands LLP.

No prejudice will result to Plaintiff Santa Monica due to Ms. Bernstein's withdrawal as it will continue to be represented by attorneys from Grant & Eisenhofer P.A., as well as its own government attorneys from the Santa Monica City Attorney's Office. Santa Monica consents to the withdrawal.

Dated: August 7, 2026.              Respectfully submitted,

                                    */s/ John Heenan*
                                    John Heenan
                                    HEENAN & COOK
                                    2224 Montana Avenue
                                    Billings, MT  59101
                                    Telephone: (406) 839-9091
                                    Email: john@lawmontana.com

                                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on August 7, 2026, and was therefore served automatically on all counsel of record in this matter.

/s/ John Heenan
John Heenan